**Opinion issued August 9, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00640-CV

———————————

**STEPHANIE JOHNSON, Appellant**

**V.**

**BARRY HARDY AND SHAUN HARDY, Appellees**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. 14-FD-2773**

---

## MEMORANDUM OPINION

This is an appeal from the dismissal of a suit for lack of evidence to support a grandparent's standing under Section 102.004(a)(1) of the Family Code. On appeal, the parties have entered into a mediated settlement agreement, in which the appellees agree that appellant "has standing to pursue her claim," meaning the

parties agree that adequate facts exist to support standing under Section 102.004(a)(1), and further agree that the matter should be remanded for appellant to pursue her claims. *See* TEX. FAM. CODE § 102.004(a)(1). We therefore vacate the trial court's judgment of dismissal and remand the case for further proceedings consistent with the parties' mediated settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2).

The appeal is dismissed as moot. *See* TEX. R. APP. P. 43.2(f).

PER CURIAM

Panel consists of Justices Massengale, Brown, and Caughey.

2